# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 436 |
| | : | |
| ADOPTION OF NEW RULES 4000-4016 AND RESCISSION OF RULES 5000.1-5000.13 OF THE PENNSYLVANIA RULES OF JUDICIAL ADMINISTRATION | : : : : : : : : : | JUDICIAL ADMINISTRATION DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW,** this 4th day of December, 2014, it is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 4000-4016 of the Pennsylvania Rules of Judicial Administration are adopted in the attached form. It is furthered **ORDERED** that Rules 5000.1-5000.13 of the Pennsylvania Rules of Judicial Administration are rescinded.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective June 1, 2015.